**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

      **v.**              **:**            **25-cr-249 (TSC)**

**JUDGE ALSTON**        **:**

## RESPONSE TO MOTION TO DISMISS

    Judge Alston has no opposition to the government's motion to dismiss, ECF 30.

               Respectfully submitted,

               A. J. KRAMER
               FEDERAL PUBLIC DEFENDER

                 /s/

               _____
               MARY MANNING PETRAS
               Assistant Federal Public Defender
               625 Indiana Avenue, N.W., Suite 550
               Washington, D.C.  20004